JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELVIN SIMMONS, JR., | No. 2:22-cv-07690-CJC-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| KATHLEEN ALLISON, etc., et al., | |
| Respondents. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition.

Dated: October 25, 2022

_____
CORMAC J. CARNEY
United States District Judge